**3358.   GEORGIA AUTOMOBILE CO. v. MERCHANTS NATIONAL BANK.**

RUSSELL, J. The presiding judge being dissatisfied with the verdict, and having granted a first new trial, one of the grounds of the motion, among others, being that the verdict was contrary to law and evidence, this court will not control his discretion in so doing; nor will this court consider assignments of error based upon his charge to the jury, or upon his refusal to direct a verdict, the presumption being that on the second hearing he will correct his own errors, if there be any.

                                                    *Judgment affirmed.*
                    DECIDED JANUARY 15, 1912.

Levy and claim; from city court of Forsyth—Judge Cabaniss. March 8, 1911.

*Persons & Persons,* for plaintiff in error.
*Willingham & Willingham, Tye, Peeples & Jordan,* contra.